FILED

FEB 10 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: JOSE GARCIA RODRIGUEZ. | No. 09-73926 |
| | D.C. No. 3:02-cv-02481-CRB<br>Northern District of California,<br>San Francisco |
| JOSE GARCIA RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>D. L. RUNNELS,<br><br>Real Party in Interest. | ORDER |

Before: CANBY, GOULD and TALLMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

KW/MOATT

The motions to proceed in forma pauperis and for appointment of counsel are denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.