IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE RODRIGUEZ GARCIA, | ) | |
| Petitioner, | ) | No. C 02-2481 CRB (PR) |
| vs. | ) | ORDER |
| D. L. RUNNELS, Warden, | ) | (Docket # 19, 20 & 21) |
| Respondent. | ) | |

    On April 1, 2003, the court denied on the merits petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 and the clerk entered judgment in favor of respondent.

    On May 10, 2004, petitioner filed a request for an extension of time to appeal. The request was denied as untimely under Federal Rules of Appellate Procedure 4(a)(5) and 4(a)(6). See June 15, 2004 Order at 1.

    On April 8, 2009, the Ninth Circuit received a letter from petitioner requesting permission to file a late appeal. The Ninth Circuit forwarded the letter to this court. The request again was denied as untimely. See May 27, 2009 Order at 1-2 (citing In re Stein, 197 F.3d 421, 425 (9th Cir. 2000) (relief from expiration of time to appeal may not be sought after 180-day period in Rule 4(a)(6) has expired)). Petitioner sought intervention from the Ninth Circuit.

    On February 10, 2010, the Ninth Circuit denied petitioner's request for intervention.

1    Petitioner nonetheless has continued to file motions and requests for
2    appellate review of this court's April 1, 2003 order.  Some of the motions and
3    requests have been filed in the Ninth Circuit, but others have been filed here.
4    For the reasons stated in the court's prior orders, the motions and requests
5    for appellate review pending in this court (docket # 19, 20 & 21) are DENIED.
6    SO ORDERED.
7    DATED:  Oct. 19, 2012

CHARLES R. BREYER
United States District Judge

26   G:\PRO-SE\CRB\HC.02\Garcia, J.02-2481.or4.wpd

2